IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TABASSUM F. GARRISON, <br> Plaintiff <br><br> v. <br><br> ADM. MICHAEL R. ROGERS <br> NATIONAL SECURITY AGENCY, <br> Defendant | Civil No. JFM-17-524 |

## MOTION TO DISMISS

The parties have resolved all matters including those raised in this lawsuit and therefore Plaintiff moves to dismiss the case with prejudice.

Respectfully submitted,

*[signature]*

Tabassum Garrison
12345 Scaggsville Rd.
Fulton, MD 20759

## CERFITICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2017 a copy of the foregoing Motion to Dismiss was sent via first class mail to Defendant's counsel, Vickie LeDuc, 36 S. Charles St., 4th Floor, Baltimore, MD 21201

*[signature]*

Tabassum Garrison
12345 Scaggsville Rd.
Fulton MD, 20759

Page 1